UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| WILLIAM H. WALKER AND BRENDA G. WALKER, <br><br> PLAINTIFFS, <br><br> vs. <br><br> GRAMMER A.G., d/b/a THE GRAMMER GROUP AND/OR GRAMMER, <br><br> Defendants. | C. A. NO. 6:10-cv-00026-HFF <br><br> ORDER TO SUBSTITUTE ESTATE FOR WILLIAM H. WALKER, DECEASED |

Based upon Plaintiffs' Motion to Substitute the Estate of William H. Walker, for the Plaintiff, William H. Walker, with the consent of counsel for the Defendants, Plaintiffs' Motion to Substitute Estate is granted.

AND IT IS SO ORDERED.

                                          **s/Henry F. Floyd**
                                          Henry F. Floyd
                                          United States District Judge

Dated: March 3, 2010
Spartanburg, South Carolina